No. 528 (October Term, 1929). BROAD RIVER POWER Co. ET AL. *v.* SOUTH CAROLINA EX REL. DANIEL, ATTORNEY GENERAL. Submitted June 11, 1930. Decided October 13, 1930. The petition for a rehearing is granted. See 281 U. S. 537; also *ante,* p. 187. *Messrs. Wm. Marshall Bullitt, C. Edward Paxson, George M. Le Pine,* and *W. C. McLain,* for petitioners. *Messrs. John M. Daniel, Cordie Page,* and *W. S. Nelson* for respondent.

No. 19, original. ARIZONA *v.* CALIFORNIA ET AL. Submitted October 6, 1930. Decided October 13, 1930. The motion. for leave to file the bill of complaint herein is granted. *Messrs. K. Berry Peterson, Dean G. Acheson,* and *Clifton Mathews* for complainant. *Messrs. U. S. Webb, W. B. Mathews,* and *Charles L. Childers* for California. *Messrs. William W. Ray* and *George P. Parker* for Utah. *Messrs. John S. Underwood, Clarence L. Ireland, Delph E. Carpenter, Thomas H. Gibson, Raymond L. Santer,* and *L. Ward Bannister* for Colorado. *Messrs. E. K. Neuman* and *Francis C. Wilson* for New Mexico. *Mr. Gray Mashburn* for Nevada. *Messrs. James A. Greenwood, George W. Furgeson, Richard J. Jackson,* and *Wm. O. Wilson* for Wyoming.

